UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:17-CR-284-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 53) |
| NEWTON DAVID BAKER | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 53 (North Carolina Juvenile Court Orders) be sealed until further notice by this Court.

This __8__ day of __October__, 2022.

JAMES C. DEVER III
United States District Judge