UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:17-CR-284-D-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | (DE 49) |
| NEWTON DAVID BAKER | ) | |
| | ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 49 (Pro Se Compassionate Release Motion) be sealed until further notice by this Court.

This **8** day of **October**, 2022

JAMES C. DEVER III
United States District Judge