UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:17-CR-284-1D

| United States Of America | ) | JUDGMENT |
|---|---|---|
| vs. | ) | |
| Newton David Baker | ) | |

On May 7, 2018, Newton David Baker appeared before the Honorable James C. Dever III, U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Distribution of a Quantity of Methamphetamine, in violation of 21 U.S.C §§ 841(a)(1) and 841(b)(1)(C), and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), was sentenced to the custody of the Bureau of Prisons for a term of 72 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Newton David Baker was released from custody and the term of supervised release commenced on January 20, 2023.

From evidence presented at the revocation hearing on October 29, 2025, the court finds as a fact that Newton David Baker, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Criminal association.
3. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of six months, with no supervision to follow.

**IT IS RECOMMENDED** that the defendant receive mental health, substance abuse and vocational/educational treatment while in the Bureau of Prisons.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 29th day of October, 2025.

James C. Dever III
U.S. District Judge